# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE FEDERAL ENGERGY REGULATORY COMMISSION,**
**ORDER ADDRESSING ARGUMENTS RAISED ON**
**REHEARING AND SETTING ASIDE PRIOR ORDER, 174 FERC 61,199**
**ISSUED ON MARCH 19, 2021 AND NOTICE OF DENIAL OF REHEARINGS**
**BY OPERATION OF LAW AND PROVIDING FOR FURTHER**
**CONSIDERATION, 175 FERC 62, 100 ISSUED ON MAY 17, 2021**          **MCP No. 164**

(SEE ATTACHED SCHEDULE)

## CONSOLIDATION ORDER

The Federal Energy Regulatory Commission issued orders dated March 19, 2021 and May 17, 2021. On June 7, 2021, the Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order. The notice included petitions for review pending in three circuit courts of appeal as follows: Fifth Circuit Court, Ninth Circuit Court and District of Columbia Circuit Court.

The Panel has randomly selected the United States Court of Appeals for the District of Columbia Circuit Court in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the United States Court of Appeals for the District of Columbia Circuit Court, and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

Delora Davis, Operational Supervisor
Random Selector

Tiffaney Pete, Chief Deputy Clerk
Witness

**ORDER ADDRESSING ARGUMENTS RAISED ON REHEARING AND SETTING ASIDE PRIOR ORDER, 174 FERC 61,199 ISSUED ON MARCH 19, 2021 AND NOTICE OF DENIAL OF REHEARINGS BY OPERATION OF LAW AND PROVIDING FOR FURTHER CONSIDERATION, 175 FERC 62, 100 ISSUED ON MAY 17, 2021**     MCP No. 164

## SCHEDULE OF PETITIONS

**CIRCUIT NO.**

**CASE CAPTION**

Fifth Circuit, No. 21-60436

Edison Electric Institute v. FERC

Ninth Circuit, No. 21-71099

NewSun Energy LLC v. FERC

District of Columbia Circuit, No. 20-1445

Solar Energy Industries Association v. FERC

## CERTIFICATE OF SERVICE

In accordance with Rules 25.3 and 25.6 of the Judicial Panel on Multidistrict Litigation, I certify that, on this 9th day of June 2021, I served the foregoing Consolidation Order upon the following Clerks of the Courts through the ECF systems of the U.S. Courts of Appeals for the District of Columbia Circuit, the Fifth Circuit, and the Ninth Circuit:

Mark J. Langer
Clerk of the Court
U.S. Court of Appeals for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW
Room 5423
Washington, DC  20001

Lyle W. Cayce
Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
Suite 115
New Orleans, LA  70130

Molly C. Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA  94119

I also served copies of the foregoing Consolidation Order upon the following counsel through the ECF systems of the U.S. Courts of Appeals for the District of Columbia Circuit, the Fifth Circuit, and the Ninth Circuit:

Todd G. Glass                                                          Email
Wilson Sonsini Goodrich & Rosati

701 Fifth Avenue, Suite 1500
Seattle, WA  98104
(206) 883-2571
tglass@wsgr.com

Heather L. Curlee                                        Email
Wilson Sonsini Goodrich & Rosati
701 Fifth Avenue, Suite 1500
Seattle, WA  98104
(206) 883-2522
hcurlee@wsgr.com

Gregory M. Adams                                        Email
Peter J. Richardson
Richardson Adams, PLLC
515 N. 27th Street
Boise, ID  83702
(208) 938-2236
greg@richardsonadams.com
peter@richardsonadams.com

Jeremy C. Marwell                                       Email
Vinson & Elkins
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC  20037
(202) 639-6507
jmarwell@velaw.com

James Dawson                                            Email
Vinson & Elkins
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC  20037
(202) 639-6588
jamesdawson@velaw.com

/s/ Anand Viswanathan
Anand Viswanathan
Attorney

Federal Energy Regulatory
   Commission
Washington, DC  20426
Tel.:  202.502.6537
Fax:  202.273.0901
Anand.Viswanathan@ferc.gov

June 9, 2021